BATES and Another *v.* REISKENHIANZER.

*Monday,
June 1.*

APPEAL from the *Fayette* Court of Common Pleas.

*Per Curiam.*—In this case a motion in arrest of judgment affirmed the finding of the Court below, and cut off the motion for a new trial. 7 Ind. R. 406 and 706 (1).

The judgment is affirmed with 1 per cent. damages and costs.

*J. A. Fay*, for the appellants.

*B. F. Claypool*, for the appellee.

(1) And see *Smith* v. *Porter*, 5 Ind. R. 429.